FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JUAN OLMOS GONZALES,<br><br>　　　　　　Defendant. | No. 1:25-cr-02124-SAB-1<br><br>**ORDER DISMISSING INDICTMENT**<br><br>**\*USMS ACTION REQUIRED\*** |

　　　Before the Court is the Government's Motion to Dismiss Indictment, ECF No. 39. The Government is represented by Michael D. Murphy. Defendant is represented by Jennifer R. Barnes.

　　　The Government asks the Court to dismiss the Indictment filed in the above-captioned case, pursuant to Federal Rule of Criminal Procedure 48(a).

　　　The Court makes no judgment as to the merit or wisdom of the motion.

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1.　　The Government's Motion to Dismiss Indictment, ECF No. 39, is **GRANTED**.

　　　2.　　Pursuant to Fed. R. Cr. P.48(a), the Indictment filed in ECF No. 20, is **DISMISSED**, without prejudice.

　　　3.　　The United States Marshals Service shall immediately **RELEASE** Defendant from custody.

**ORDER DISMISSING INDICTMENT \* 1**

4.   The pretrial conference and hearing on the Government's Motion to Dismiss set for December 29, 2025, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide a copy to counsel and to the U.S. Marshals Service, and **close** the file.

**DATED** this 23rd day of December 2025.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT \* 2**